# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 21, 2017

155381

MARY ANN LAMKIN,
        Plaintiff-Appellee,

v

HAMBURG TOWNSHIP BOARD OF
TRUSTEES and HAMBURG TOWNSHIP
ZONING ADMINISTRATOR,
        Defendants-Appellants.

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

SC: 155381
COA: 328836
Livingston CC: 15-028656-CZ

_____/

On order of the Court, the application for leave to appeal the January 19, 2017 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 21, 2017



d0614t

Clerk